*Bunch, Michael J. and Maria Ruby*      *Case # 05-19614*

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

VOID AFTER 90 DAYS    10111
60-249/433

| Case | Debtor |
|---|---|
| 05-19614 EWM | BUNCH, MICHAEL J. |
| 92000181887766 | BUNCH, MARIA RUBY |
| Unclaimed funds | |

TID #380490
J. MARSHALL MILLER
2731 A Montana Avenue
El Paso TX 79903

Date   03/22/2010            $ *********266.35

~~~Two Hundred Sixty-Six Dollars and 35/100

Pay to the Order of: Clerk of Court
Bankruptcy Court, Eastern District of LA
500 Poydras Street, Room B-601
New Orleans LA 70130

*J. Marshall Miller* (signature)
J. MARSHALL MILLER

⑆24931⑆ ⑈920001818877 66⑈

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 226931    - KW
** C O P Y **
March 25, 2010
15:19:44

TREASURY REGFUND
05-19614

Debtor.: MICHAEL J. BUNCH
Trustee: J. Marshall Miller
Amount.:                 $266.35 CH
Check#.:  10111

Total-> $266.35

FROM: MILLER

*3/25/10*
*DEPOSITED TO 6047 BK*
*DUE: DEBTOR*
*BUNCH, Michael*
*(BK#15)*

*CV.*

J. Marshall Miller
Chapter 7 Bankruptcy Trustee
279 Shadow Mountain, Suite 7
El Paso, TX 79912
Tel: 915-842-8201 / Fax: 915-760-5334
email: jmarshallmiller@att.net

FILED
2010 MAR 29 A 11: 33

March 25, 2010

**Clerk of Court**
**Attn: Cheryl Vogel**
**United States Bankruptcy Court, EDLA**
**Hale Boggs Federal Building**
**500 Poydras Street, Suite B-601**
**New Orleans, LA 70130**

RE: Checks for Unclaimed Funds and/or Small Dividends

Dear Clerk:

In reference to the check sent to you earlier this week, the disposition of the check should be designated as follows:

| Check # | Case # | Debtor | Claim # if appropriate | Owner of Funds |
|---------|--------|--------|------------------------|----------------|
| 10111 | 05-19614 | Bunch, Michael J. | N/A | Michael J. Bunch & Ruby Maria Bunch |

With kindest regards, I remain

Sincerely,

J. Marshall Miller

JMM/mm
Enclosure