IN RE: MICHAEL J. BUNCH     CASE NO. 05-19614
MARIA RUBY BUNCH

---

915-842-8201

| | | **STERLING BANK** |
|---|---|---|
| J. Marshall Miller, Trustee | Case #: 05-19614-EWM | 2550 North Loop West 6th Floor |
| 279 Shadow Mountain Dr. | Case: BUNCH, MICHAEL J. AND BUNCH, MARIA | Houston, TX - 77092 |
| Suite 7 | RUBY   Debtor(s). | |
| El Paso, TX 79912 | | |

VOID AFTER 90 DAYS   DATE: 03/17/2011   CHECK NO:   3005

PAY: ONE THOUSAND ONE HUNDRED NINETY-SEVEN AND 46 / 100   $1,197.46

TO THE ORDER OF:
Clerk of Court, USBC, EDLA
500 Poydras Street
Room B-601
New Orleans, LA 70130-

_____
Trustee

⑆00003005⑆ ⑈113005549⑈ ⑆715105961⑆

3/22/11
DEPOSITED TO TREASURY
UNCLAIMED. CR.

DUE: DEBTORS

---

**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

```
# 228342   - KW
* * C O P Y * *
  March 22, 2011
    11:54:47


  TREASURY REGFUND
      05-19614
Debtor.: MICHAEL J. BUNCH
Trustee: J. Marshall Miller
Amount.:         $1,197.46 CH
Check#.: 3005



Total->  $1,197.46




FROM: MARSHALL MILLER
```

**J. Marshall Miller**
**Chapter 7 Bankruptcy Trustee**
109 N. Oregon Street, Suite 413
El Paso, Texas 79901
Tel: 915-842-8201
Fax: 915-760-5334
Email: marshall_miller@att.net

March 17, 2011

Clerk of Court
US Bankruptcy Court
Eastern District of Louisiana
500 Poydras Street, Suite B-601
New Orleans, LA 70130

  RE: Funds to be deposited into the Registry of the Court.

Please deposit the enclosed check into the registry of the court, which represents surplus funds undeliverable to the debtor.

| Check # | $Amount | Case # | Claim # | Name of Debtor to Whom Surplus Funds are Due |
|---|---|---|---|---|
| 3005 | $1,197.46 | 05-19614 | N/A | Michael J. Bunch and Maria Ruby Bunch |

With kindest regards, I remain

        Sincerely,

        */s/ J. Marshall Miller*

        J. Marshall Miller
        Chapter 7 Bankruptcy Trustee